UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY G. BARRETT, Individually and On Behalf of All Others Similarly Situated,<br><br>                                                  Plaintiff,<br><br>                        v.<br><br>PJT PARTNERS INC., ANDREW W.W. CASPERSEN, PAUL J. TAUBMAN, AND HELEN T. MEATES,<br><br>                                                  Defendants. | Case 1:16-cv-02841<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and the Declaration of Amy L. Barton, and the exhibits thereto, Defendants PJT Partners Inc., Paul J. Taubman and Helen T. Meates (collectively, the "Defendants"), will move this Court, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order entering judgment for Defendants and dismissing with prejudice all claims asserted in Plaintiff's Amended Class Action Complaint filed September 23, 2016, ECF No. 25, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b), and for such other relief as the Court may deem just and proper.

The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: New York, New York
       November 4, 2016

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Aidan Synnott
     Aidan Synnott

1285 Avenue of the Americas
New York, New York 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: asynnott@paulweiss.com

*Counsel for Defendants PJT Partners Inc., Paul J. Taubman, and Helen T. Meates*