UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY G. BARRETT, Individually and On Behalf of All Others Similarly Situated,<br><br>                                              Plaintiff,<br><br>v.<br><br>PJT PARTNERS INC., ANDREW W.W. CASPERSEN, PAUL J. TAUBMAN, AND HELEN T. MEATES,<br><br>                                              Defendants. | Case 1:16-cv-02841 |

**DECLARATION OF AMY L. BARTON
IN SUPPORT OF DEFENDANT PJT PARTNERS INC.,
PAUL J. TAUBMAN, AND HELEN T. MEATES'S
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

AMY L. BARTON hereby declares, pursuant to 28 U.S.C. § 1746:

1.      I am employed as counsel at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Defendants PJT Partners Inc. ("PJT"), Paul J. Taubman, and Helen T. Meates (collectively, the "Defendants") in this action.  I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

2.      Attached as Exhibit A is a true and correct copy of the Amended Class Action Complaint, filed September 23, 2016 (ECF No. 25).

3.      Attached as Exhibit B is a true and correct copy of excerpts from the SEC Form 10-K dated February 29, 2016 of PJT.

4. Attached as Exhibit C is a true and correct copy of the transcript of the July 6, 2016 plea proceedings in *United States* v. *Caspersen* (S.D.N.Y., 1:16-cr-00414-JSR).

5. Attached as Exhibit D are true and correct copies of SEC Forms 4, Statements of Changes in Beneficial Ownership for Paul J. Taubman and Helen T. Meates, dated from November 20, 2015 to June 28, 2016.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 3, 2016

By: _____
Amy L. Barton

2