USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
GREGORY G. BARRETT, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

-against-

PJT PARTNERS INC., ANDREW W.W. CASPERSEN, PAUL J. TAUBMAN, and HELEN T. MEATES,

Defendants.
------------------------------------------------------------ X

16-CV-2841 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 8, 2017, the Court granted without prejudice the motion to dismiss filed by defendants PJT Partners Inc., Paul J. Taubman, and Helen T Meates (collectively, the "Moving Defendants"), Dkt. 40;

WHEREAS the Court permitted Plaintiff until September 29, 2017 to move for leave to amend;

WHEREAS Plaintiff has not filed a motion for leave to amend;

WHEREAS defendant Andrew W.W. Caspersen has not appeared in this action, answered, or otherwise responded to the complaint; and

WHEREAS Plaintiff has not moved for a default judgment against defendant Caspersen;

IT IS HEREBY ORDERED that pursuant to the Court's September 8, 2017 Opinion and Order, this case is DISMISSED as against the Moving Defendants. The Clerk of the Court is directed to enter judgment in favor of the Moving Defendants.

IT IS HEREBY FURTHER ORDERED that Plaintiff must show cause by **October 13, 2017** why this case should not be dismissed as to defendant Andrew W.W. Caspersen.

**SO ORDERED.**

**Date: October 6, 2017**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**