DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

GREGORY G. BARRETT, Individually and
On behalf of all others similarly situated,
Plaintiff,

16 **CIVIL** 2841 (VEC)

-against-

# JUDGMENT

PJT PARTNERS INC., ANDREW W.W.
CASPERSEN, PAUL J. TAUBMAN, and
HELEN T. MEATES,
Defendants.

---------------------------------------------------------X

Whereas on September 8, 2017, the Court granted without prejudice the motion to dismiss filed by defendants PJT Partners Inc., Paul J. Taubman, and Helen T. Meates (collectively, the "Moving Defendants"); the Court having permitted Plaintiff until September 29, 2017 to move for leave to amend; Plaintiff has not filed a motion for leave to amend; defendant Andrew W.W. Caspersen has not appeared in this action, answered, or otherwise responded to the complaint; Plaintiff has not moved for a default judgment against defendant Caspersen, and the matter having come before the Honorable Valerie Caproni, United States District Judge, and the Court, on October 6, 2017, having rendered its Order that pursuant to the Court's September 8, 2017 Opinion and Order, dismissing this case as against the Moving Defendants, directing the Clerk of the Court to enter judgment in favor of moving Defendants, and ordering that Plaintiff must show cause by October 13, 2017 why this case should not be dismissed as to defendant Andrew W.W. Caspersen, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 6, 2017, this case is dismissed as against the Moving Defendants; accordingly, judgment is entered in favor of the Moving Defendants.

**Dated:** New York, New York
October 11, 2017

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/11/2017