UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY G. BARRETT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>PJT PARTNERS INC., ANDREW W.W. CASPERSEN, PAUL J. TAUBMAN, and HELEN T. MEATES,<br><br>　　　　　　　　Defendants. | Case No. 16-cv-2841-VEC |

**VOLUNTARY DISMISSAL OF CLAIMS**
**AGAINST DEFENDANT ANDREW W.W. CASPERSEN**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and in compliance with the Court's October 6, 2017 order to show cause, Lead Plaintiff hereby voluntarily dismisses with prejudice the above-entitled action against Defendant Andrew W.W. Caspersen.

Dated: October 13, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**POMERANTZ LLP**

　　　　　　　　　　　　　　　　　　*/s/ Murielle J. Steven Walsh*
　　　　　　　　　　　　　　　　　　Jeremy A. Lieberman
　　　　　　　　　　　　　　　　　　Murielle J. Steven Walsh
　　　　　　　　　　　　　　　　　　600 Third Avenue, 20th floor
　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　Tel: (212) 661-1100
　　　　　　　　　　　　　　　　　　Fax: (917) 463-1044
　　　　　　　　　　　　　　　　　　Email: jalieberman@pomlaw.com
　　　　　　　　　　　　　　　　　　mjsteven@pomlaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Lead Plaintiff*